James E. BRIGHT, Appellant,

v.

TOWN AND COUNTRY POLICE
DEPARTMENT, et al.,
Respondents.

No. ED 101392.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 23, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Nov.
4, 2014.

Application for Transfer Denied
Dec. 23, 2014.

Richard B. Blanke, Saint Louis, MO, for
appellant.

Brian Malone, Clayton, MO, for respondent Town & Country Police Department.

Chris Koster, Attorney General, Steven R. Berry, Assistant Attorney General, Jefferson City, MO, for respondent MSHP Criminal Records Repository.

Before LAWRENCE E. MOONEY,
P.J., CLIFFORD H. AHRENS, J. and
GLENN A. NORTON, J.

### ORDER

James E. Bright appeals the judgment of the trial court dismissing his application for trial de novo. No error of law appears. An extended opinion would have no prece-dential value. We affirm the judgment under Rule 84.16(b).